15507

WHALEY *ET AL.* v. SLATER *ET AL.*

(24 S. E. (2d), 266)

July, 1942.

*Mr. T. A. Houser,* and *Mr. W. R. Symmes,* both of St. Matthews, Counsel for Appellants,

*Messrs. Zeigler & Brailsford,* of Orangeburg, Counsel for Respondent,

February 17, 1943.

*Per curiam:*

Upon mature consideration of the record and the issues presented by the appeal, we are satisfied that the Circuit Court reached the correct conclusion. The decree of the Circuit Court is adopted as the judgment of this Court. Let it be reported.

Judgment affirmed.

Mr. Chief Justice Bonham, Messrs. Associate Justices Fishburne and Stukes, and Circuit Judges L. D. Lide and E. H. Henderson, Acting Associate Justices, concur.